In the ESTATE OF Ruth L. NORMAN, Deceased.

Appeal of Jack Louis NORMAN, David Allen Norman and Philip Thomas Norman.

No. 54186.

Missouri Court of Appeals, Eastern District, Division One.

June 28, 1988.

Michael V. Frierdich, Columbia, Ill., for appellants.

Mark M. Wenner, Clayton, for respondent.

ORDER

PER CURIAM.

Testatrix's three stepsons appeal the denial of a petition for partial distribution of assets in the estate. We conclude that the appeal must be dismissed because the discretionary denial of a petition for partial distribution is not a final appealable order. *Matter of Estate of Pilla,* 674 S.W.2d 658, 659–660 (Mo.App.1984); § 473.613.2, RSMo 1986.

Relying on § 473.613.2, RSMo 1986, we held in *Matter of Estate of Pilla* that "it follows that the approval of a partial distribution may be a final and appealable order. It does not follow, however, that the refusal to approve a petition for partial distribution is a final order." *Matter of Estate of Pilla,* at 659.

The appeal is dismissed.